Joseph Stumpfel, appellant, v. Anna Stumpfel, appellee. Gen. No. 38,541.

Opinion filed April 22, 1936.

Edward T. Morris and Edward A. Biggs, Jr., for appellant. John J. Maciejewski, for appellee.

Mr. Justice Denis E. Sullivan delivered the opinion of the court.